UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W.J. O'NEIL COMPANY,

    Plaintiff,

v.                                            Case No. 11-12020

SHEPLEY, BULFINCH, RICHARDSON &
ABBOTT, INC and SMITH SECKMAN REID,
INC.,

    Defendants.

and

SHEPLEY, BULFINCH, RICHARDSON &
ABBOTT, INC.,

    Cross-Claimant,

v.

SMITH SECKMAN REID, INC.,

    Cross-Defendant.
                                            /

## JUDGMENT

In accordance with the court's September 25, 2012 "Opinion and Order Granting Defendants' Joint Motion for Summary Judgment and/or Dismissal,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff. Dated at Detroit, Michigan, this 25th day of September, 2012.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                              BY: s/Lisa Wagner
                                  Lisa Wagner, Deputy Clerk
                                  and Case Manager to
                                  Judge Robert H. Cleland