# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

W.J. O'NEIL COMPANY,

       Plaintiff,

v.                                                                          Case No. 11-12020

SHEPLEY, BULFINCH, RICHARDSON &
ABBOTT, INC., and SMITH SECKMAN REID,
INC.,

       Defendants.

and

SHEPLEY, BULFINCH, RICHARDSON &
ABBOTT, INC.,

       Cross-Claimant,

v.

SMITH SECKMAN REID, INC.,

       Cross-Defendant.

_____/

## ORDER REQUIRING RESPONSE TO MOTION FOR RECONSIDERATION

On September 25, 2012, the court issued an "Opinion and Order Granting

Defendants' Joint Motion for Summary Judgment and/or Dismissal." Thereafter, Plaintiff

W.J. O'Neil Company filed an untimely motion for reconsideration.[1] Responses to

reconsideration motions are not allowed unless otherwise ordered by the court. *See*

---

[1]Though styled as a motion to alter or amend under the Federal Rules, Plaintiff
essentially seeks reconsideration of the court's order. Reconsideration motions are
governed by Eastern District of Michigan Local Rule 7.1(h), and must be brought within
fourteen days of the order on which reconsideration is sought. E.D. Mich. LR 7.1(h)(1).

E.D. Mich. LR 7.1(h)(2).  Having reviewed the motion, the court will require a response.

Accordingly,

IT IS ORDERED that Defendant shall file a response to Plaintiff's motion on or

before **December 21, 2012**.  Plaintiff's optional reply is due by **December 28, 2012**.


S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 6, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, December 6, 2012, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\11-12020.O'NEIL.ReconsiderationResponse.wpd