UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W.J. O'NEIL COMPANY,

       Plaintiff,

v.                                                Case No. 11-12020

SHEPLEY, BULFINCH, RICHARDSON &
ABBOTT, INC., and SMITH SECKMAN REID,
INC.,

       Defendants.
                                             /

**ORDER SETTING BRIEFING SCHEDULE**

On February 5, 2015, the court held a status conference in the above-captioned case. During the conference, the parties and the court agreed upon a briefing schedule for the pending motion for summary judgment and for an anticipated motion to be filed by Defendant Smith Seckman Reid, Inc. ("SSR"). Consistent with the agreement,

IT IS ORDERED that Defendant SSR shall file its motion for summary judgment by **February 28, 2015**. Plaintiff shall file its response to both summary judgment motions by **March 31, 2015**. Any reply is due by **April 30, 2015**. Unless otherwise ordered, the court will not conduct a hearing on the motions. E.D. Mich. LR 7.1 (f)(2).

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: February 9, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 9, 2015, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522