UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W.J. O'NEIL,

    Plaintiff,

v.                                      Case No. 11-12020

SHEPLEY, BULFINCH, RICHARDSON &
ABBOT, INC., et. al.

    Defendants.
_____/

## ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION

Pending before the court are two discovery motions filed by Plaintiff W.J. O'Neil: a May 17, 2016 Motion to Compel (Dkt. # 74) and a July 19, 2016 Motion for Leave to File Reply in Support of its Motion to Compel (Dkt. # 81). On August 5, 2016, before taking up the above-mentioned motions, the court filed an "Opinion and Order Granting Defendants' Motions to Dismiss." (Dkt. # 83.) As such, all remaining motions are now moot. Accordingly,

IT IS ORDERED that Plaintiff's Motion to Compel (Dkt. # 74) and Motion for Leave to File Reply in Support of its Motion to Compel (Dkt. # 81) are TERMINATED as moot.

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 5, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 5, 2016, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

C:\Users\wagner\AppData\Local\Temp\notesDF63F8\11-12020.O'NEIL.moot.jah.wpd

C:\Users\wagner\AppData\Local\Temp\notesDF63F8\11-12020.O'NEIL.moot.jah.wpd