UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W.J. O'NEIL CO.,

    Plaintiff,

v.                                        Case No. 11-12020

SHEPLEY, BULLFINCH, RICHARDSON &
ABBOT, INC., et. al.,

    Defendant.
    _____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendants' Motions to Dismiss" dated August 5, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Shepley, Bullfinch, Richardson & Abbot, Inc. and Smith Seckman Reid, Inc. and against Plaintiff W.J. O'Neil Co. Dated at Detroit, Michigan, this 5th day of August, 2016.

DAVID J. WEAVER
CLERK OF THE COURT

BY:  s/Lisa Wagner
     Lisa Wagner, Deputy Clerk
     and Case Manager to
     Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-12020.O'Neil.judgment.jah.wpd